In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-079 CR


____________________



MICHAEL ANTHONY LEBLANC, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 98514






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Michael Anthony LeBlanc, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed.

 APPEAL DISMISSED. 


 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered April 25, 2007

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.